FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) CR 07-1280-PA-1
                                )
                    Plaintiff,  ) ORDER OF DETENTION AFTER
                                ) HEARING (Fed.R.Crim.P. 32.1(a)(6)
          v.                    ) Allegations of Violations of Probation/
SALVADOR FLORES                 ) Supervised Release Conditions)
                                )
                                )
                                )
                                )
                    Defendant.  )
_____ )

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will

reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A.   ☒   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply with conditions_
_of release. Also, defendant_
_criminal history._

(B)   ☒   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/conditions._
_Also, illegal status_
_and no bail resources._

IT IS ORDERED that defendant be detained.

DATED: _3/10/17_

_SHSegal_

SUZANNE H. SEGAL
UNITED STATES  MAGISTRATE JUDGE

2